FILED

06 AUG 16 PM 1:01

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | pla. | |
|---|---|---|
| Elizabeth CRANE, | | CIVIL CASE NO. 1:06 CV 560 |
| vs. | | |
| FAIRFIELD GOURMET FOOD CORP, | dft. | JUDGE P. A. GAUGHAN |

### STIPULATION for: dismissal, leave to plead, etc.

We, the attorneys for the respective parties, do hereby stipulate that the case is settled & dismissed with prejudice, each party to bear own costs;

and that the Court may enter an order accordingly, notice by the clerk being hereby waived.

_____
Attorney for Plaintiff

_____
Attorney for Defendant

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE